■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILDARDO CASTANEDA, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Hanophy, J.), imposed May 7, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Thompson, Balletta, Ritter and Pizzuto, JJ., concur.